| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | CARLOS ANTHONY JONES | |
| Debtor 2 (Spouse, if filing) | STEPHANIE DARLENE JONES | |
| United States Bankruptcy Court for the: | Middle | District of TN (State) |
| Case number | 317-01665 | |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: CHANDLER POINTE HOA

Court claim no. (if known): 11

Last 4 digits of any number you use to identify the debtor's account: ___ ___ ___ ___

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 5/11/17 | (3) | $ 350.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:____ | | (10) | $ |
| 11. Other. Specify:____ | | (11) | $ |
| 12. Other. Specify:____ | | (12) | $ |
| 13. Other. Specify:____ | | (13) | $ |
| 14. Other. Specify:____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

Debtor 1     CARLOS ANTHONY JONES     Case number (if known) 317-01665
First Name    Middle Name    Last Name

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ Eric W. Sitler
Signature

Date 05 / 11 / 2017

Print: Eric    W.    Sitler
First Name    Middle Name    Last Name

Title: Attorney at Law

Company:

Address: P.O. Box 36
Number    Street
Hendersonville, TN     37077
City    State    ZIP Code

Contact phone ( 615 ) 824 - 3229

Email: bk@sitlerlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2017, a copy of the foregoing Notice of Post Petition Attorney Fees has/have been electronically served as an attachment to this notice. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Eric W. Sitler
Eric W. Sitler